IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS,<br><br>        Plaintiff,<br><br>  v.<br><br>EVISU INTERNATIONAL,<br><br>        Defendant.<br>_____/ | No. C 10-01292 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 16, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 28, 2011</u>.

DESIGNATION OF EXPERTS: <u>2/25/11</u>; REBUTTAL: <u>3/18/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 15, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>May 6, 2011</u>;

    Opp. Due <u>May 20, 2011</u>; Reply Due <u>May 27, 2011</u>;

    and set for hearing no later than <u>June 10, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 12, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>July 25, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Defendant will be providing it's initial disclosures on this day.
The parties will submit a proposed protective order shortly.
The Court approved the parties request to extend the service deadlines to 10/29/10.
The deadline to amend the pleadings is set for 12/15/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                     SUSAN ILLSTON
                                                     United States District Judge