TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar # 124771)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:  (415) 984-9617
Facsimile:  (800) 219-2807
Email:  WKinnear@jmbm.com

and

PRYOR CASHMAN LLP
MICHAEL GOLDBERG, *admitted pro hac vice*
JOHN LYNCH, *admitted pro hac vice*
7 Times Square
New York, New York 10036
Telephone:  (212 421-4100
Facsimile:  (212) 798-6338
Email:  MGoldberg@pryorcashman.com

Attorneys for Defendant
BESTFORD USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>             Plaintiff,<br><br>     v.<br><br>EVISU INTERNATIONAL S.R.L., *et al*.,<br><br>             Defendants. | Case No. CV-10-1292 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION AND SERVICE DATES** |

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  jointly submit this stipulation and proposed order concerning the case deadlines to complete court-
3  sponsored mediation and to serve all defendants.
4  On July 21, 2010, this Court issued an order referring this case to mediation and setting a
5  deadline of 90 days from the date of the order to complete the mediation.
6  The Initial Case Management Conference was held on August 4, 2010.  The Court
7  subsequently issued an order setting case management deadlines, including a deadline of October 29,
8  2010, to serve all defendants.
9  The Court's Notice of Appointment of Mediator was filed on September 3, 2010.
10 LS&Co. and Bestford have now scheduled their mediation for November 16, 2010.  The
11 parties are hopeful that if the mediation is successful, LS&Co. will not need to litigate its claims
12 against any defendants.  However, if the dispute is not resolved, LS&Co. will require additional time
13 in which to serve defendant Bestford (Hong Kong) Limited, which is located in Hong Kong.
14 Accordingly, and in order to allow time for settlement efforts to proceed, the parties hereby
15 stipulate and agree that (1) the deadline to complete the court-sponsored mediation will be extended to
16 November 19, 2010; and (2) the deadline for LS&Co. to serve defendants will be extended to
17 December 31, 2010.

DATED:  October 20, 2010          Respectfully submitted,

                                  By:  /s/ Gia Cincone
                                       Gia Cincone
                                       TOWNSEND AND TOWNSEND AND CREW LLP
                                       Attorneys for Plaintiff
                                       LEVI STRAUSS & CO.

DATED:  October 20, 2010
                                  By:  /s/ Michael Goldberg
                                       Michael Goldberg
                                       PRYOR CASHMAN LLP
                                       Attorneys for Defendant
                                       BESTFORD USA INC.

1

2   IT IS SO ORDERED.

3

   DATED: _____, 2010          _____

4                                          Hon. Susan Illston
                                             United States District Judge

5   62946276 v1