| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
|   | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
|   | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
|   | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |
| 7 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | JAMES WESLEY KINNEAR (Bar # 124771) |
| 8 | Two Embarcadero Center, Fifth Floor |
|   | San Francisco, California 94111 |
| 9 | Telephone:  (415) 984-9617 |
| 10 | Facsimile:  (800) 219-2807 |
|    | Email:  WKinnear@jmbm.com |
| 11 | |
| 12 | and |
| 13 | PRYOR CASHMAN LLP |
|    | MICHAEL GOLDBERG, *admitted pro hac vice* |
| 14 | JOHN LYNCH, *admitted pro hac vice* |
|    | 7 Times Square |
| 15 | New York, New York 10036 |
| 16 | Telephone:  (212 421-4100 |
|    | Facsimile:  (212) 798-6338 |
| 17 | Email:  MGoldberg@pryorcashman.com |
| 18 | Attorneys for Defendant |
|    | BESTFORD USA, Inc. |
| 19 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-10-1292 SI |
| Plaintiff, | **FURTHER STATUS CONFERENCE STATEMENT** |
| v. | |
| EVISU INTERNATIONAL S.R.L., *et al.*, | CMC Date:  December 9, 2010 |
| | CMC Time:  3:00 p.m. |
| Defendant. | Hon. Susan Illston |

Further Status Conf. Statement — - 1 - — <u>Levi Strauss & Co. v. Evisu International S.R.L., *et al.*</u>
Case No. CV-10-1292 SI

1    Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  jointly submit this Further Status Conference Statement.
3    LS&Co. and Bestford attended a court-ordered mediation session on November 16, 2010.
4  The matter did not settle at that time, but the parties agreed to continue their discussions and are
5  proceeding to do so.  LS&Co. is also proceeding with Hague Convention service on defendant
6  Bestford (Hong Kong) Limited.
7    The parties suggest that a further Case Management Conference be scheduled for January
8  2011, at the Court's convenience, at which point the status of settlement discussions and service on the
9  Hong Kong entity will be more clear.

12  DATED:  December 6, 2010         Respectfully submitted,

14                          By:  /s/ Gia Cincone
                                Gia Cincone
15                              TOWNSEND AND TOWNSEND AND CREW LLP
                                Attorneys for Plaintiff
                                LEVI STRAUSS & CO.

17  DATED:  December 6, 2010         By:  /s/ Michael Goldberg
                                Michael Goldberg
18                              PRYOR CASHMAN LLP
                                Attorneys for Defendant
19                              BESTFORD USA INC.

21  IT IS SO ORDERED.

23  DATED:  _____, 2010    _____
                                Hon. Susan Illston
                                United States District Judge

24  63030790 v1

26    The case management conference is continued to 1/28/11 @ 3 p.m.