TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVISU INTERNATIONAL S.R.L., *et al.,*<br><br>　　　　　Defendant. | Case No. CV-10-1292 SI<br><br>**[PROPOSED] ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

　　　　IT IS HEREBY ORDERED that Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), the Court hereby appoints hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

　　　　IT IS SO ORDERED this day of December ___, 2010.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

63029083 v1

| [PROPOSED] ORDER APPOINTING<br>INTERNATIONAL PROCESS SERVER | 1 | *Levi Strauss & Co. v Evisu International S.R.L., et al.*<br>Case No. CV-10-1292 SI |
|---|---|---|