1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JAMES WESLEY KINNEAR (Bar # 124771)
8  Two Embarcadero Center, Fifth Floor
9  San Francisco, California 94111
   Telephone:  (415) 984-9617
10 Facsimile:  (800) 219-2807
   Email:  WKinnear@jmbm.com
11
12 and

13 PRYOR CASHMAN LLP
   MICHAEL GOLDBERG, *admitted pro hac vice*
14 JOHN LYNCH, *admitted pro hac vice*
   7 Times Square
15 New York, New York 10036
   Telephone:  (212 421-4100
16 Facsimile:  (212) 798-6338
17 Email:  MGoldberg@pryorcashman.com

18 Attorneys for Defendant
   BESTFORD USA, Inc.
19

20                    UNITED STATES DISTRICT COURT

21                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

23 LEVI STRAUSS & CO.,                    Case No. CV-10-1292 SI

24            Plaintiff,                  **STIPULATION AND [PROPOSED]
                                          ORDER EXTENDING SERVICE
25       v.                               DEADLINE**

26 EVISU INTERNATIONAL S.R.L., *et al*.,

27            Defendant.

28

Stipulation and [Proposed] Order         - 1 -       Levi Strauss & Co. v. Evisu International S.R.L., et al.
                                                                              Case No. CV-10-1292 SI

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  hereby stipulate as follows:
3  LS&Co. and Bestford attended a court-ordered mediation session on November 16, 2010.
4  The matter did not settle at that time, but the parties are continuing their settlement discussions. A
5  further Case Management Conference is scheduled for January 28, 2011.
6  LS&Co. is proceeding with Hague Convention service on defendant Bestford (Hong Kong)
7  Limited. The current deadline for service of the complaint is December 31, 2010. On December 23,
8  2010, LS&Co. filed an affidavit (Document 37) which indicates that service is under way. However,
9  service is unlikely to be completed by December 31. Accordingly, the parties request that the service
10 deadline be extended for an additional 30 days or until January 30, 2011. LS&Co. will report further
11 on the status of service at the January 28 Case Management Conference.

13 DATED: December 29, 2010      Respectfully submitted,

15            By: /s/ Gia Cincone
                 Gia Cincone
16               TOWNSEND AND TOWNSEND AND CREW LLP
                 Attorneys for Plaintiff
                 LEVI STRAUSS & CO.

18 DATED: December 29, 2010
             By: /s/ Michael Goldberg
19               Michael Goldberg
                 PRYOR CASHMAN LLP
20               Attorneys for Defendant
                 BESTFORD USA INC.

22  IT IS SO ORDERED.

24  DATED: _____
                                    _____
                                    Hon. Susan Illston
25 63068985 v1                      United States District Judge