```
KILPATRICK TOWNSEND AND STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
```

Attorneys for Plaintiff
LEVI STRAUSS & CO.

```
JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar # 124771)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone:  (415) 984-9617
Facsimile:  (800) 219-2807
Email:  WKinnear@jmbm.com
```

and

```
PRYOR CASHMAN LLP
MICHAEL GOLDBERG, admitted pro hac vice
JOHN LYNCH, admitted pro hac vice
7 Times Square
New York, New York 10036
Telephone:  (212 421-4100
Facsimile:  (212) 798-6338
Email:  MGoldberg@pryorcashman.com
```

Attorneys for Defendant
BESTFORD USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-10-1292 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING CASE MANAGEMENT DATES** |
| v. | |
| EVISU INTERNATIONAL S.R.L., *et al.*, | |
| Defendant. | **CMC Date:  January 28, 2011**<br>**CMC Time:  3:00 p.m.** |

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  jointly submit this Stipulation and Proposed Order.
3  LS&Co. and Bestford have continued their settlement discussions since the court-ordered
4  mediation session on November 16, 2010, but have not been able to reach a resolution of this dispute.
5  LS&Co. is proceeding with Hague Convention service on defendant Bestford (Hong Kong)
6  Limited.  That process takes several months, and is not yet completed.  Once Bestford (Hong Kong)
7  has been served, it may file a motion to dismiss this action on jurisdictional or other grounds.
8  This matter is currently set for a further Case Management Conference on January 28, 2011.
9  Under the Court's Civil Pretrial Minutes dated August 4, 2010, case management deadlines in this
10  action stand as follows:

| | |
|---|---|
| Fact Discovery Cutoff | January 28, 2011 |
| Expert Designations | February 25, 2011 |
| Expert Discovery Cutoff | April 15, 2011 |
| Motions Hearing | June 10, 2011 |
| Trial | July 25, 2011 |

16  The parties have served written discovery requests and notices of deposition.  However, the
17  parties are reluctant to proceed with discovery in light of the potential inclusion of an additional
18  defendant, which could require duplication of depositions and other discovery.
19  In light of these facts and in the interests of judicial efficiency, the parties believe that the Case
20  Management Conference set for January 28, 2011 should be continued, all case management deadlines
21  vacated, and a new case management schedule set upon service of Bestford (Hong Kong)'s answer or
22  resolution of its motion to dismiss, if any.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

In addition, under the Court's order dated January 10, 2011, the deadline to effect service on Bestford (Hong Kong) is January 30, 2011. The parties further request that this deadline be extended an additional 30 days, or until March 1, 2011, by which time LS&Co. expects service to be complete.

DATED: January 24, 2011  Respectfully submitted,

By: /s/ Gia Cincone
Gia Cincone
KILPATRICK TOWNSEND AND STOCKTON LLP
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: January 24, 2011

By: /s/ Michael Goldberg
Michael Goldberg
PRYOR CASHMAN LLP
Attorneys for Defendant
BESTFORD USA INC.

IT IS SO ORDERED.

DATED: _____, 2011       _____
Hon. Susan Illston
United States District Judge

63112838 v1

The case management conference is set for 3/25/11 @ 3 p.m.