```
KILPATRICK TOWNSEND AND STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

JEFFER, MANGELS, BUTLER & MARMARO LLP
JAMES WESLEY KINNEAR (Bar # 124771)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
Telephone: (415) 984-9617
Facsimile: (800) 219-2807
Email: WKinnear@jmbm.com

and

PRYOR CASHMAN LLP
MICHAEL GOLDBERG, admitted pro hac vice
JOHN LYNCH, admitted pro hac vice
7 Times Square
New York, New York 10036
Telephone: (212 421-4100
Facsimile: (212) 798-6338
Email: MGoldberg@pryorcashman.com

Attorneys for Defendant
BESTFORD USA, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> EVISU INTERNATIONAL S.R.L., *et al*., <br><br> Defendant. | Case No. CV-10-1292 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SERVICE DEADLINE AND CASE MANAGEMENT CONFERENCE** <br><br> CMC Date: March 25, 2011 <br> CMC Time: 3:00 p.m. |

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  jointly submit this Stipulation and Proposed Order.
3  As previously indicated to the Court, LS&Co. is proceeding with Hague Convention service on
4  defendant Bestford (Hong Kong) Limited. The Court-appointed international process server has
5  informed LS&Co. that the process is expected (but not guaranteed) to be completed in March. A
6  further Case Management Conference is currently scheduled for March 25, 2011.
7  In light of these facts, and in order not to waste the Court's or the parties' resources, LS&Co.
8  respectfully requests that the service deadline be extended to March 31, 2011, and the further Case
9  Management Conference be continued four weeks or until April 22, 2011, at 3:00 p.m., to allow
10 Hague Convention service to be effectuated. Bestford has indicated that it has no objection to
11 LS&Co.'s request.

DATED: March 1, 2011          Respectfully submitted,

                              By:  /s/ Gia Cincone
                                   Gia Cincone
                                   KILPATRICK TOWNSEND AND STOCKTON LLP
                                   Attorneys for Plaintiff
                                   LEVI STRAUSS & CO.

DATED: March 1, 2011

                              By:  /s/ Michael Goldberg
                                   Michael Goldberg
                                   PRYOR CASHMAN LLP
                                   Attorneys for Defendant
                                   BESTFORD USA INC.

IT IS SO ORDERED.

DATED:  _3/2/11_____, 2011    _____
                              Hon. Susan Illston
                              United States District Judge

63182390 v1