1  KILPATRICK TOWNSEND AND STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JAMES WESLEY KINNEAR (Bar # 124771)
8  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111
9  Telephone:  (415) 984-9617
10 Facsimile:  (800) 219-2807
   Email:  WKinnear@jmbm.com
11
   and
12
13 PRYOR CASHMAN LLP
   MICHAEL GOLDBERG, *admitted pro hac vice*
14 JOHN LYNCH, *admitted pro hac vice*
   7 Times Square
15 New York, New York 10036
   Telephone:  (212 421-4100
16 Facsimile:  (212) 798-6338
17 Email:  MGoldberg@pryorcashman.com

18 Attorneys for Defendant
   BESTFORD USA, Inc.
19

20                  UNITED STATES DISTRICT COURT

21              FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

23 LEVI STRAUSS & CO.,                    Case No. CV-10-1292 SI

24         Plaintiff,                     **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING SERVICE
25     v.                                 DEADLINE**

26 EVISU INTERNATIONAL S.R.L., *et al*.,  CMC Date:  April 22, 2011
                                          CMC Time:  3:00 p.m.
27         Defendant.

28     Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford US")

Stipulation and Proposed Order           - 1 -    Levi Strauss & Co. v. Evisu International S.R.L., *et al.*
                                                  Case No. CV-10-1292 SI

jointly submit this Stipulation and Proposed Order. LS&Co. hereby withdraws its Request to Continue Service Deadline and accompanying declaration filed on March 31, 2011. The parties further wish to clarify any misimpression created by the Request, and confirm that Bestford US has complied in all respects with its discovery obligations.

In light of LS&Co.'s difficulties effecting Hague Convention service on defendant Bestford (Hong Kong) Limited ("Bestford HK"), LS&Co. and Bestford US have jointly agreed to continue the deadline for service on Bestford HK for an additional thirty days, or until May 2, 2011, to allow LS&Co. to conduct further investigation.

DATED: April 7, 2011          Respectfully submitted,

                              By: /s/ Gia Cincone
                                  Gia Cincone
                                  KILPATRICK TOWNSEND AND STOCKTON LLP
                                  Attorneys for Plaintiff
                                  LEVI STRAUSS & CO.

DATED: April 7, 2011

                              By: /s/ Michael Goldberg
                                  Michael Goldberg
                                  PRYOR CASHMAN LLP
                                  Attorneys for Defendant
                                  BESTFORD USA INC.

IT IS SO ORDERED.

DATED: 4/12/11, 2011          _____
                              Hon. Susan Illston
                              United States District Judge

63255039 v1