1  KILPATRICK TOWNSEND AND STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JAMES WESLEY KINNEAR (Bar # 124771)
8  Two Embarcadero Center, Fifth Floor
9  San Francisco, California 94111
   Telephone:  (415) 984-9617
10 Facsimile:  (800) 219-2807
   Email:  WKinnear@jmbm.com
11
   and
12
13 PRYOR CASHMAN LLP
   MICHAEL GOLDBERG, *admitted pro hac vice*
14 JOHN LYNCH, *admitted pro hac vice*
   7 Times Square
15 New York, New York 10036
   Telephone:  (212 421-4100
16 Facsimile:  (212) 798-6338
17 Email:  MGoldberg@pryorcashman.com

18 Attorneys for Defendant
   BESTFORD USA, Inc.
19

20                UNITED STATES DISTRICT COURT
21              FOR THE NORTHERN DISTRICT OF CALIFORNIA
22

23 LEVI STRAUSS & CO.,                    Case No. CV-10-1292 SI

24        Plaintiff,                      **STIPULATION AND [PROPOSED]
                                          ORDER CONTINUING SERVICE
25     v.                                 DEADLINE**

26 EVISU INTERNATIONAL S.R.L., *et al*.,  CMC Date:  July 1, 2011
                                          CMC Time:  3:00 p.m.
27        Defendants.

28

Stipulation and Proposed Order         - 1 -        Levi Strauss & Co. v. Evisu International S.R.L., et al.
                                                                           Case No. CV-10-1292 SI

1     Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2 jointly submit this Stipulation and Proposed Order.
3     The Court has continued the Case Management Conference in this matter to July 1, 2011.  In
4 light of that continuance as well as LS&Co.'s ongoing efforts to effect Hague Convention service on
5 defendant Bestford (Hong Kong) Limited ("Bestford HK"), LS&Co. and Bestford have jointly agreed
6 to continue the deadline for service on Bestford HK for an additional thirty days or until June 1, 2011.

DATED:  April 29, 2011      Respectfully submitted,

By:  /s/ Gia Cincone
Gia Cincone
KILPATRICK TOWNSEND AND STOCKTON LLP
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED:  April 29, 2011

By:  /s/ Michael Goldberg
Michael Goldberg
PRYOR CASHMAN LLP
Attorneys for Defendant
BESTFORD USA INC.

IT IS SO ORDERED.

DATED:  __May 2,____, 2011

_____
Hon. Susan Illston
United States District Judge

63255039 v1