1  KILPATRICK TOWNSEND AND STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JAMES WESLEY KINNEAR (Bar # 124771)
8  Two Embarcadero Center, Fifth Floor
9  San Francisco, California 94111
   Telephone:  (415) 984-9617
10 Facsimile:  (800) 219-2807
   Email:  WKinnear@jmbm.com
11
   and
12
13 PRYOR CASHMAN LLP
   MICHAEL GOLDBERG, *admitted pro hac vice*
14 JOHN LYNCH, *admitted pro hac vice*
   7 Times Square
15 New York, New York 10036
   Telephone:  (212 421-4100
16 Facsimile:  (212) 798-6338
17 Email: MGoldberg@pryorcashman.com

18 Attorneys for Defendant
   BESTFORD USA, Inc.
19

20                        UNITED STATES DISTRICT COURT

21                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

23 LEVI STRAUSS & CO.,                           Case No. CV-10-1292 SI

24            Plaintiff,                        **STIPULATION AND [PROPOSED]
                                                ORDER CONTINUING SERVICE
25       v.                                     DEADLINE**

26 EVISU INTERNATIONAL S.R.L., *et al*.,         CMC Date:  July 1, 2011
                                                CMC Time:  3:00 p.m.
27            Defendants.

28

Stipulation and Proposed Order          - 1 -         Levi Strauss & Co. v. Evisu International S.R.L., et al.
                                                                              Case No. CV-10-1292 SI

1  Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant Bestford USA, Inc. ("Bestford")
2  jointly submit this Stipulation and Proposed Order.
3  The Court has continued the Case Management Conference in this matter to July 1, 2011.  In
4  light of the parties' ongoing settlement discussions, LS&Co. and Bestford have jointly agreed to
5  continue the deadline for Hague Convention service on defendant Bestford (Hong Kong) Limited for
6  an additional thirty days or until the date of the CMC, July 1, 2011.

DATED:  June 2, 2011    Respectfully submitted,

By:  /s/ Gia Cincone
Gia Cincone
KILPATRICK TOWNSEND AND STOCKTON LLP
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED:  June 2, 2011

By:  /s/ Michael Goldberg
Michael Goldberg
PRYOR CASHMAN LLP
Attorneys for Defendant
BESTFORD USA INC.

IT IS SO ORDERED.

DATED:  __6/3_____, 2011

_____
Hon. Susan Illston
United States District Judge

63255039 v1