| | |
|---|---|
| 1 | KILPATRICK TOWNSEND AND STOCKTON LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | LEVI STRAUSS & CO. |
| 7 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| | JAMES WESLEY KINNEAR (Bar # 124771) |
| 8 | Two Embarcadero Center, Fifth Floor |
| 9 | San Francisco, California 94111 |
| | Telephone:  (415) 984-9617 |
| 10 | Facsimile:  (800) 219-2807 |
| | Email:  WKinnear@jmbm.com |
| 11 | |
| 12 | and |
| 13 | PRYOR CASHMAN LLP |
| | MICHAEL GOLDBERG, *admitted pro hac vice* |
| 14 | JOHN LYNCH, *admitted pro hac vice* |
| 15 | 7 Times Square |
| | New York, New York 10036 |
| 16 | Telephone:  (212 421-4100 |
| | Facsimile:  (212) 798-6338 |
| 17 | Email:  MGoldberg@pryorcashman.com |
| 18 | Attorneys for Defendant |
| | BESTFORD USA, Inc. |
| 19 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV-10-1292 SI |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL** |
| v. | |
| EVISU INTERNATIONAL S.R.L., *et al.*, | |
| Defendants. | |

Defendant Bestford USA, Inc. hereby represents and warrants that it is not currently distributing or selling Evisu brand products in the United States, is not currently operating any website in the United States, has not sold any Evisu brand products in the United States since at least November 2010, and is in the process of discontinuing operations in the United States.

Based on these representations, and in light of the fact that defendants Evisu International S.r.l. and Bestford (Hong Kong) Ltd. have not been served and have not otherwise appeared, plaintiff Levi Strauss & Co. and defendant Bestford USA, Inc., by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 30, 2011          Respectfully submitted,

                              By: /s/ Gia Cincone
                                  Gia Cincone
                                  KILPATRICK TOWNSEND AND STOCKTON LLP
                                  Attorneys for Plaintiff
                                  LEVI STRAUSS & CO.

DATED: June 30, 2011

                              By: /s/ Michael Goldberg
                                  Michael Goldberg
                                  PRYOR CASHMAN LLP
                                  Attorneys for Defendant
                                  BESTFORD USA INC.

63511493 v1

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA